IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WESLEY D. JOHNSTON                                                                                          PLAINTIFF

V.                                            NO. 3:04CV00327-JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                                                                    DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 7th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE